United States District Court
Southern District of Texas
**ENTERED**
April 20, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | § | |
|---|---|---|
| | § | |
| IN RE M/T STOLT FLAMENCO | § | CIVIL ACTION NO. 3:21-cv-00365 |
| | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On January 12, 2023, a Rule 60 Motion for Relief from Order, and Motion to Stay Consideration of Motion to Lift Stay (Dkt. 58) filed by Limitation Petitioner Hammonia Reederei GmbH & Co. KG ("Hammonia") was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 59. Judge Edison filed a memorandum and recommendation on February 13, 2023, recommending the motion be denied. *See* Dkt. 62.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 58) is approved and adopted in its entirety as the holding of the court; and

(2) Hammonia's Motion for Relief from Order, and Motion to Stay Consideration of Motion to Lift Stay (Dkt. 58) is denied.

SIGNED on Galveston Island this 20th day of April, 2023.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE